**No. 68626.**—I. B. Cohen & Sons Corp. *v.* United States, protest 63/12743 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 68627.**—Gemsco, Inc., et al. *v.* United States, protests 62/5054, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiffs was sustained.

**No. 68628.**—Consolidated International Equipment & Supply Co. *v.* United States, protest 63/17891 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mon'ophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiff was sustained.